# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Bragg v. Jordan   Docket No.: 23-615

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jay Alan Sekulow

Firm: American Center for Law and Justice

Address: 201 Maryland Ave.

Telephone: (202) 546-8890   Fax: (202) 546-9309

E-mail: sekulow@aclj.org

Appearance for: American Center for Law and Justice
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✔] Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/22/2022   OR

[ ] I applied for admission on _____ .

Signature of Counsel: Jay Alan Sekulow

Type or Print Name: JAY ALAN SEKULOW