## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Bragg, Jr. v. Jordan  Docket No.: 23-616

Lead Counsel of Record (name/firm) or Pro se Party (name): Matthew Berry/Office of General Counsel of the U.S. House of Representatives

Appearance for (party/designation): Jim Jordan (in his official capacity as Chairman of the Committee on the Judiciary)/Defendant - Appellee & Committee on the Judiciary of the U.S. House of Representatives/Defendant - Appellee

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect.  Please change the following parties' designations:
Party            Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Matthew Berry
Firm: Office of General Counsel, U.S. House of Representatives
Address: 5140 O'Neill House Office Building, Washington D.C. 20515
Telephone: (202) 225-9700    Fax: (202) 226-1360
Email: Matthew.Berry@mail.house.gov

### RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: Bragg v. Jordan, No. 23-615

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 02/28/2022   OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Matthew Berry
Type or Print Name: Matthew Berry
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.