# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand twenty-three.

_____

| | |
|---|---|
| Alvin L. Bragg, Jr., in his official capacity as District Attorney for New York County, | **ORDER** |
|     Plaintiff - Appellant, | Docket Nos. 23-615(L), 23-616(CON) |
| v. | |
| Mark F. Pomerantz, | |
|     Defendant - Appellant, | |
| v. | |
| Jim Jordan, in his official capacity as Chairman of the committee on the Judiciary, Committee on the Judiciary of the United States House of Representatives, | |
|     Defendants - Appellees. | |

_____

    IT IS HEREBY ORDERED that the American Center for Law & Justice's motion to file an amicus curiae brief is DENIED as moot in light of the Court's mandate issued April 24, 2023.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court